IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRROK GRAYBILL, on behalf of herself and    :
others similarly situated,                  :
                                            :
                        Plaintiff,          :
                                            :    Civil Action No. 1:25-cv-12699-ADB
            v.                              :
                                            :
JOBBLE, INC.                                :
                                            :
                        Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY**

Plaintiff Brook Graybill ("Plaintiff") and Defendant Jobble, Inc. (individually, "Defendant," and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring litigation expenses or burdening the Court, the Parties joint and respectfully request that the Court vacate all pending case deadlines (including Defendant's responsive pleading deadline on November 26, 2025, *see* Dkt. 4) and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Dated: November 24, 2025                    Respectfully submitted,

                                            By: /s/ Anthony I. Paronich
                                            Anthony I. Paronich
                                            Paronich Law, P.C.
                                            350 Lincoln Street, Suite 2400
                                            Hingham, MA 02043
                                            [o] (617) 485-0018
                                            [f] (508) 318-8100
                                            anthony@paronichlaw.com
                                            *Attorneys for Plaintiff and the Putative Class*

2

**CERTIFICATE OF SERVICE**

      I, hereby certify that on November 24, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*

Anthony I. Paronich