IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRROK GRAYBILL, on behalf of herself and   :
others similarly situated,                 :
                                           :
                    Plaintiff,             :
                                           :    Civil Action No. 1:25-cv-12699-ADB
        v.                                 :
                                           :
JOBBLE, INC.                               :
                                           :
                    Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

DATED this 29th day of January, 2026

                                                        Respectfully submitted,

                                                        By: /s/ Anthony I. Paronich
                                                        Anthony I. Paronich
                                                        Paronich Law, P.C.
                                                        350 Lincoln Street, Suite 2400
                                                        Hingham, MA 02043
                                                        [o] (617) 485-0018
                                                        [f] (508) 318-8100
                                                        anthony@paronichlaw.com
                                                        *Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, hereby certify that on January 29, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*

Anthony I. Paronich